**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| BEKZOD MUMINDJONOVICH KHASANOV, | ) ) ) | |
| Petitioner, | ) ) | |
| | ) | Case No. CIV-26-748-D |
| v. | ) ) | |
| ROBERT CERNA, et al., | ) ) | |
| Respondents. | ) ) | |

**<u>JUDGMENT</u>**

Pursuant to the Court's Order entered this date, the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Doc. No. 1] is **GRANTED IN PART**. Respondents shall provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a), or release Petitioner.

**ENTERED** this 29th  day of April, 2026.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE